IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MERVYN'S HOLDINGS, LLC, <u>et al.</u>, | : | Case No. 08-11586 (KG) |
| Debtors. | : | Jointly Administered |
| MERVYN'S LLC, | : | |
| Plaintiff, | : | |
| - against - | : | Adv. Proc. No. 08-51402 KG |
| LUBERT-ADLER GROUP IV, LLC, <u>et al.</u>, | : | |
| Defendants. | : | |

## DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS

Target Corporation ("Target"), one of the defendants in the above-described action, hereby moves pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable by Rules 7008, 7009, and 7012 of the Federal Rules of Bankruptcy Procedure, for an order dismissing the claims alleged against it in the First Amended Complaint with prejudice.

The grounds for this motion are that the allegations made against Target do not give fair notice, are not pleaded with particularity, and do not state claims upon which relief may be granted.

This motion is based upon the First Amended Complaint, and upon Defendant Target Corporation's Memorandum of Law in Support of Motion to Dismiss and Defendant Target Corporation's Appendix, including the Affidavit of Brian Downs, that are being submitted with this motion.

Date: April 3, 2009
Wilmington, Delaware

**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

BY: */s/ Laurie A. Krepto*
Laurie A. Krepto (DE Bar #4109)
1105 North Market Street
Suite 1500
Wilmington, DE 19801
Phone: (302) 504-7800
Fax: (302) 504-7820
lkrepto@mmwr.com

- and –

**FAEGRE & BENSON LLP**
Wendy J. Wildung (MN Bar #117055)
Dennis M. Ryan (MN Bar #161275)
Michael F. Doty MN Bar #0388303)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
wwildung@faegre.com
dryan@faegre.com
mdoty@faegre.com

Co-Counsel for Defendant Target Corporation

fb.us.3828255.01