IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| MERVYN'S HOLDINGS, LLC, et al., : | Case No. 08-11586 (KG) |
| Debtors. : | Jointly Administered |
| MERVYN'S LLC, : | |
| Plaintiff, : | |
| - against - : | Adv. Proc. No. 08-51402 KG |
| LUBERT-ADLER GROUP IV, LLC, et al., : | |
| Defendants. : | |

**ORDER SCHEDULING ORAL ARGUMENT ON MOTION OF DEFENDANT TARGET CORPORATION TO DISMISS ADVERSARY PROCEEDING**

Upon consideration of the Application of Defendant Target Corporation for Oral Argument ("Application") on its Motion to Dismiss Adversary Proceeding ("Motion") and related pleadings; and after due deliberation and sufficient cause therefor, it is hereby

ORDERED that

1. The Application is GRANTED.

2. Oral argument on the Motion and related pleadings shall be heard on September 18 2009 at 2:00 p.m. before this Court.

Dated: August 19, 2009

The Honorable Kevin Gross,
U.S. Bankruptcy Judge