

Jennifer L. Stewart
(617) 937-2351
jstewart@cooley.com

March 1, 2010

FILED ELECTRONICALLY
ORIGINAL BY HAND

The Honorable Kevin Gross
United States Bankruptcy Court for the District of Delaware
824 North Market Street
Sixth Floor
Wilmington, Delaware 19801

**RE: *Mervyn's LLC v. Lubert-Adler, et al.*, Adv. Proc. No. 08-51402(KG)**

Dear Judge Gross,

Recently, the Plaintiff circulated to the Defendants a proposed scheduling order, which is substantially the same as the scheduling order agreed to by the parties and filed last spring with the Court (the dates were changed), and convened a conference call with the Defendants' counsel to discuss the entry of a scheduling order in the above-referenced proceeding. The defendants were unwilling to agree to the entry of a scheduling order, leading to the commencement of discovery and other pre-trial matters, while the motions to dismiss and to amend are pending. Accordingly, the parties were unable to reach consensus. The Plaintiff would like to move the adversary proceeding forward. Therefore, the Plaintiff respectfully requests that Your Honor schedule a status conference at the omnibus hearing scheduled on March 23, 2010 to discuss whether the entry of a scheduling order is appropriate while the motions are pending.

Sincerely,

Jennifer L. Stewart  *with permission*

cc: Ronald Sussman
 Jay R. Indyke
 Seth Van Aalten
 Counsel to the Defendants as per the Certificate of Service