# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MERVYN'S HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-11586 (KG)<br><br>(Jointly Administered) |
| MERVYN'S, LLC, *et al.*,<br><br>Plaintiff,<br><br>Against<br><br>LUBERT-ADLER GROUP IV, LLC *et al.*,<br><br>Defendants. | Adv. Proc. No. 08-51402 (KG ) |

## THE CERBERUS ENTITIES' INITIAL DISCLOSURES PURSUANT TO RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure and Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Cerberus Mervyn's Investors, LLC, Cerberus Partners, L.P., Cerberus Capital Management, L.P., Cerberus Associates, L.L.C., Ableco Finance LLC, and Madeleine L.L.C. (collectively, the "Cerberus Entities"), by their attorneys, make the following disclosures:

## GENERAL RESERVATIONS

The Cerberus Entities make these Initial Disclosures without waiver of, or prejudice to, any objections they may have with respect to any requested discovery, or to any evidentiary submission or proffer. The Cerberus Entities expressly reserve all discovery and evidentiary objections.

Accordingly, the Cerberus Entities exclude from the Initial Disclosures any information, documents, or other materials that are protected by the attorney-client privilege, the work product doctrine, and/or any other applicable privilege or immunity from discovery. Any disclosure of any such privileged or protected material is inadvertent and not intended to waive any privileges and protections.

The Cerberus Entities expressly reserve the right to clarify, amend, modify or supplement the information contained in the Initial Disclosures, including by future disclosures that may include responsive documentary, witness, rebuttal and other subsequently-identified information, in accordance with Fed. R. Civ. P. 26(e).

## INITIAL DISCLOSURES

**1. Individuals Likely To Have Discoverable Information That the Cerberus Entities May Use To Support Their Claims And Defenses.**

Listed below are the names, addresses and telephone numbers (to the extent known by the Cerberus Entities) of individuals believed to have discoverable information that the Cerberus Entities may use to support their claims or defenses (other than solely for impeachment) and the subject matter of the information those individuals are believed to possess. The Cerberus Entities reserve their right to amend or supplement this response.

**PARTIES TO THE LITIGATION**

    (a) The Cerberus Entities.[1]

      (i) Ron Kravit. Mr. Kravit's business address is Cerberus Capital Management, L.P., 299 Park Avenue, New York, New York 10171, and his business telephone number is (212) 891-2100. Mr. Kravit is a Managing Director at Cerberus Capital Management and may be contacted c/o Robert J. Ward, Schulte Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022. Mr. Kravit is believed to have discoverable information

---

[1] The Cerberus Entities do not consent to communications by Mervyn's or by the Official Committee of Unsecured Creditors of Mervyn's with the identified individuals as to matters within the scope of their employment in connection with this case, or to any communications otherwise prohibited by the applicable rules of professional conduct.

{331.003-W0008290.}        2

about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) the financial condition of Mervyn's, LLC, Mervyn's Brands, LLC, and Mervyn's Holdings, LLC (collectively, "Mervyn's") as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(ii) <u>Kurt Larsen</u>. Mr. Larsen's last known address is 15 Eagle Point CT, Park City, Utah 84060. Mr. Larsen was a Managing Director at Cerberus California, LLC, and may be contacted c/o Robert J. Ward, Schulte Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022. Mr. Larsen is believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(iii) <u>Seth Plattus</u>. Mr. Plattus's business address is Cerberus Capital Management, L.P., 299 Park Avenue, New York, New York 10171, and his business telephone number is (212) 891-2100. Mr. Plattus is a Senior Managing Director, General Counsel and Chief Administrative Officer at Cerberus Capital Management, and may be contacted c/o Robert J. Ward, Schulte Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022. Mr. Plattus is believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iii) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(iv) <u>Chris Schiermbock</u>. Mr. Schiermbock's business address is Cerberus Capital Management, L.P., 299 Park Avenue, New York, New York 10171, and his business telephone number is (212) 891-2100. Mr. Schiermbock is a Managing Director at Cerberus Capital Management, and may be contacted c/o Robert J. Ward, Schulte Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022. Mr. Schiermbock is believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iii) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(v) <u>Lenard Tessler</u>. Mr. Tessler's business address is Cerberus Capital Management, L.P., 299 Park Avenue, New York, New York 10171, and his business telephone number is (212) 891-2100. Mr. Tessler is a Managing Director at Cerberus Capital Management, LLC, and may be contacted c/o Robert J. Ward, Schulte Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022. Mr. Tessler is believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the

2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

      (vi) <u>Raymond Wechsler</u>. Mr. Wechsler's business address is Cerberus Capital Management, LLC, 299 Park Avenue, New York, New York 10171, and his business telephone number is (212) 891-2100. Mr. Weschler is an Operations Professional at Cerberus Operating and Advisory Company, LLC and may be contacted c/o Robert J. Ward, Schulte Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022. Mr. Wechsler is believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

      (vii) <u>Robert Whiteman</u>. Mr. Whiteman's last known address is 435 Park Avenue, Glencoe, Illinois 60022. Mr. Whiteman served as an Operations Professional at Cerberus Capital Management, LLC and may be contacted c/o Robert J. Ward, Schulte Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022. Mr. Whiteman is believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition starting in 2006; (iii) Mervyn's operations and governance starting in 2006; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

      (viii) <u>Hootan Yaghoobzadeh</u>. Mr. Yaghoobzadeh's last known address is 225 Fifth Avenue, Apt. 3G, New York, New York 10010. Mr. Yaghoobzadeh was a Senior Vice President at Cerberus Capital Management, LLC and may be contacted c/o Robert J. Ward, Schulte Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022. Mr. Yaghoobzadeh is believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

  (b) <u>Gabriel Capital, L.P.</u>

    (i) Gabriel Capital, L.P. is represented by and may be contacted c/o John L. Scott, Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, New York 10022. Certain officers, directors and/or employees of Gabriel Capital, L.P., including those individuals who have been identified in the Initial Disclosures of Gabriel Capital, L.P., are believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(c) The KLA Entities[2]

(i) The KLA Entities are represented by and may be contacted c/o Robert J. Ward, Schulte Roth & Zabel, LLP, 919 Third Avenue, New York, New York 10022. Certain officers, directors and/or employees of the KLA Entities, including those individuals who have been identified in the KLA Entities' Initial Disclosures, are believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(d) The Sun Entities[3]

(i) The Sun Entities are represented by and may be contacted c/o Thomas A. Clare, Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington D.C. 20005. Certain officers, directors and/or employees of Sun, including those individuals who have been identified in Sun's Initial Disclosures, are believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(e) The Real Estate Lenders[4]

(i) The Real Estate Lenders are represented by and may be contacted c/o Aaron Rubinstein, Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022. Certain officers, directors and/or employees of the Real Estate Lenders, including those individuals who have been identified in the Real Estate Lenders' Initial Disclosures, are believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and

---

[2] The KLA Entities are; Lubert-Adler Group IV, LLC; Lubert-Adler Group IV, L.P.; Lubert-Adler Real Estate Fund IV, L.P.; Lubert-Adler Real Estate Parallel Fund IV, L.P.; Lubert-Adler Capital Real Estate Fund IV, LP; KLA/Mervyn's, L.L.C.; Acadia Mervyn's Investors I, LLC; Acadia Mervyn's Investors II, LLC; Acadia Realty Trust; Mervyn's/Klaff Equity, L.L.C.; Mervyn's Opportunities, L.L.C.; MDS Realty Holdings I, LLC; MDS Realty Holdings II, LLC; MDS Realty I, LLC; MDS Realty II, LLC; MDS Realty III, LLC; MDS Realty IV, LLC; MDS Texas Realty I, LP; MDS Texas Realty II, LP; MDS Texas Realty I, LLC; MDS Texas Realty II, LLC; MDS Texas Properties I, LLC; MDS Texas Properties II, LLC; and LKM Lender, LLC.

[3] The Sun Entities are: Sun Capital Partners, Inc., Sun Capital Securities Fund, LP, Sun Capital Securities Offshore Fund, Ltd., SCSF Mervyn's (US), LLC, SCSF Mervyn's (Offshore), Inc., and Sun Capital Securities Management, LLC.

[4] The Real Estate Lenders are: Greenwich Capital Financial Products, Inc.; Archon Financial L.P.; Goldman Sachs Commercial Mortgage Capital, L.P.; Goldman Sachs Mortgage Company; and Citigroup Global Markets Realty Corp.

following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(f) Target Corporation ("Target")

(i) Target is represented by and may be contacted c/o Dennis M. Ryan, Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402. Certain officers, directors and/or employees of Target, including those individuals who have been identified in Target's Initial Disclosures, are believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(g) Mervyn's

(i) Certain former officers and/or employees of Mervyn's, LLC who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) the 2004 Transaction as defined in the Second Amended Complaint; (ii) Mervyn's financial condition as a result of and following the 2004 Transaction; (iii) Mervyn's operations and governance at the time of and following the 2004 Transaction; and/or (iv) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

**THIRD PARTIES**

(a) Cushman & Wakefield, Inc.

(i) Cushman & Wakefield, Inc.'s business address is believed to be 560 South Winchester Blvd., Suite 200, San Jose, California 95128 and its business telephone number is believed to be (408) 572-5500. Certain officers and/or employees of Cushman & Wakefield who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's operations at the time of and following the 2004 Transaction.

(b) KPMG LLP ("KPMG")

(i) KPMG's business address is believed to be 400 Capitol Mall, Suite 800, Sacramento, California 95814, and its business telephone number is believed to be (916) 448-4700. KPMG is believed to be represented by David Wagner, whose telephone number is (212) 909-5824. Certain officers, directors and/or employees of KPMG, including Lou Miramontes, who is believed to be a Managing Partner at KPMG, are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction.

(c) <u>Duff & Phelps, LLC</u>

(i) Duff & Phelps, LLC's business address is believed to be 311 South Wacker Drive, Suite 4200, Chicago, Illinois 60606. Certain officers, directors and/or employees of Duff & Phelps, including Jeff Gordon, who is believed to be a Managing Director at Duff & Phelps, are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction.

(d) <u>FTI Consulting, Inc.</u>

(i) FTI Consulting, Inc.'s business address is believed to be One Front Street, Suite 1600, San Francisco, California 94111, and its business telephone number is believed to be (415) 283-4200. Certain officers, directors and/or employees of FTI Consulting, Inc. are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction.

(e) <u>Ernst & Young, LLP</u>

(i) Ernst & Young's business address is believed to be 5 Times Square, New York, New York 10036, and its business telephone number is believed to be (212) 773-3000. Certain officers and/or employees of Ernst & Young who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition following the 2004 Transaction.

(f) <u>Goldman Sachs & Co.</u>

(i) Goldman Sachs & Co. is believed to be represented and may be contacted c/o Aaron Rubinstein, Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022. Certain officers, directors and/or employees of Goldman Sachs & Co. who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction.

(g) <u>Wachovia Capital Finance Corporation (Western) (as successor to Congress Financial Corporation) ("Wachovia")</u>

(i) Wachovia's business address is believed to be 251 South Lake Avenue, Suite 900, Pasadena, California 91101. Certain officers, directors and/or employees of Wachovia who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction.

(h) <u>Li & Fung USA</u>

(i) Li & Fung USA's business address is believed to be 1359 Broadway, New York, New York 10018, and its business telephone number is believed to be (646) 839-7007. Certain officers, directors and/or employees of Li & Fung USA who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction;

and/or (ii) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(i) Levi Strauss & Co.

(i) Levi Strauss & Co.'s business address is believed to be 3125 Chad Drive, Eugene, Oregon 97408, and its business telephone number is believed to be (541) 242-7825. Certain officers, directors and/or employees of Levi Strauss & Co. who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction; and/or (ii) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(j) R.R. Donnelly & Sons Co.

(i) R.R. Donnelly & Sons Co.'s business address is believed to be 3075 Highland Parkway, Downers Grover, Illinois 60515, and its business telephone number is believed to be (630) 322-6931. Certain officers, directors and/or employees of R.R. Donnelly & Sons Co. who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction; and/or (ii) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(k) VF Corporation.

(i) VF Corporation's business address is believed to be 105 Corporate Center Blvd., Greensboro, North Carolina 27408, and its business telephone number is believed to be (920) 735-6849. Certain officers, directors and/or employees of VF Corporation who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction; and/or (ii) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(l) The Macerich Company

(i) The Macerich Company's business address is believed to be 401 Wilshire Blvd., Suite 700, Santa Monica, California 90401, and its business telephone number is believed to be (310) 899-6418. Certain officers, directors and/or employees of The Macerich Company who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction; and/or (ii) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

(m) Developers Diversified Realty Corp. ("DDR")

(i) DDR's business address is believed to be 3300 Enterprise Parkway, Beachwood, Ohio 44122, and its business telephone number is believed to be (216) 755-5660. Certain officers, directors and/or employees of DDR who have not yet been identified

are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction; and/or (ii) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

    (n)  <u>The CIT Group/Commercial Services, Inc. ("CIT")</u>

      (i)  CIT's business address is believed to be 301 South Tryon Street, Charlotte, North Carolina 29292, and its business telephone number is believed to be (704) 339-2906. Certain officers, directors and/or employees of CIT who have not yet been identified are believed to have discoverable information about certain aspects of the following: (i) Mervyn's financial condition as a result of and following the 2004 Transaction; and/or (ii) the Affirmative Defenses asserted in the Cerberus Entities' Answer to the Second Amended Complaint.

    (o)  <u>The Cerberus Entities also identify all persons included in the Initial Disclosures of other Parties to this Litigation, as well as other individuals whose identities become known through discovery.</u>

**2. Documents That The Cerberus Entities May Use To Support Their Claims And Defenses.**

The documents and/or categories of documents and electronically stored information that the Cerberus Entities may use to support their claims or defenses are listed below, and are in the Cerberus Entities' possession, custody or control. The Cerberus Entities reserve their right to amend or supplement this response.

    (a)  Documents and correspondence relating to the 2004 Transaction;

    (b)  Documents and correspondence relating to Mervyn's financial condition as a result of and following the 2004 Transaction, including financial projections, plans, and presentations;

    (c)  Documents and correspondence relating to Mervyn's operations and governance at the time of and following the 2004 Transaction, including leases and related agreements;

    (d)  Documents and correspondence relating to the Affirmative Defenses asserted in the Answer of the Cerberus Entities to the Second Amended Complaint;

    (e)  Mervyn's bankruptcy filings and related documents.

### 3. Computation of Damages Claimed By the Cerberus Entities.

Rule 26(a)(1)(C) is not applicable to the Cerberus Entities at this time. The Cerberus Entities reserve their right to amend or supplement this response.

### 4. Insurance or Indemnification.

Based upon the allegations in the Second Amended Complaint, the Cerberus Entities disclose that they have an insurance agreement with Indian Harbor Insurance Company, under which Indian Harbor Insurance Company, as a primary insurer, may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy such a judgment. The Cerberus Entities do not represent that Indian Harbor Insurance Company will or should be liable to satisfy all or part of any possible judgment, or that Indian Harbor Insurance Company will or should indemnify or reimburse for payments made to satisfy the judgment. This disclosure does not account for excess insurance policies that relate to the Cerberus Entities' primary policy. The Cerberus Entities reserve their right to amend or supplement this response.

KLA Entities reserve their right to amend or supplement this response.

Dated: June 17, 2010
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

  /s/ *Kerri K. Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**SCHULTE ROTH & ZABEL LLP**
Robert J. Ward
David M. Hillman
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5950

*Counsel for Defendants Cerberus Mervyn's Investors, LLC, Cerberus Partners, L.P., Cerberus Capital Management, L.P., Cerberus Associates, L.L.C., Ableco Finance LLC, Madeleine L.L.C., Lubert-Adler Group IV, LLC, Lubert-Adler Group IV, L.P., Lubert-Adler Real Estate Fund IV, L.P., Lubert-Adler Real Estate Parallel Fund IV, L.P., Lubert-Adler Capital Real Estate Fund IV, L.P., KLA/Mervyn's, LLC, Acadia Mervyn's Investors I, LLC, Acadia Mervyn's Investors II, LLC, Acadia Realty Trust, Mervyn's/Klaff Equity, LLC, Mervyn's Opportunities, LLC, MDS Realty Holdings I, LLC, MDS Realty Holdings II, LLC, MDS Realty I, LLC, MDS Realty II, LLC, MDS Realty III, LLC, MDS Realty IV, LLC, MDS Texas Realty I, LP, MDS Texas Realty II, LP, MDS Texas Realty I, LLC, MDS Texas Realty II, LLC, MDS Texas Properties I, LLC, MDS Texas Properties II, LLC and LKM Lender, LLC*