# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MERVYN'S HOLDINGS, LLC, *et al.*, | Case No. 08-11586 (KG) |
| Debtors. | Jointly Administered |
| MERVYN'S LLC, *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 08-51402 (KG) |
| -against- | |
| LUBERT-ADLER GROUP IV, LLC, *et al.* | |
| Defendants. | |

## NOTICE OF SUBPOENA IN AN ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 9016, the Cerberus Entities,[1] Gabriel Capital, L.P., the KLA Entities,[2] the MDS Entities,[3] the Sun Affiliates,[4] and Target Corporation, each defendants in the above-

---

[1] The Cerberus Entities are Cerberus Mervyn's Investors, LLC; Cerberus Partners, L.P.; Cerberus Capital Management, L.P.; Cerberus Associates, L.L.C.; Ableco Finance LLC; and Madeleine L.L.C.

[2] The KLA Entities are Lubert-Adler Group IV, LLC; Lubert-Adler Group IV, L.P.; Lubert-Adler Real Estate Fund IV, L.P.; Lubert-Adler Real Estate Parallel Fund IV, L.P.; Lubert-Adler Capital Real Estate Fund IV, LP; KLA/Mervyn's, L.L.C.; Acadia Mervyn's Investors I, LLC; Acadia Mervyn's Investors II, LLC; Acadia Realty Trust; Mervyn's/Klaff Equity, L.L.C.; Mervyn's Opportunities, L.L.C.; and LKM Lender, LLC.

[3] The MDS Entities are MDS Realty Holdings I, LLC; MDS Realty Holdings II, LLC; MDS Realty I, LLC; MDS Realty II, LLC; MDS Realty III, LLC; MDS Realty IV, LLC; MDS Texas Realty I, LP; MDS Texas Realty II, LP; MDS Texas Realty I, LLC; MDS Texas Realty II, LLC; MDS Texas Properties I, LLC; and MDS Texas Properties II, LLC.

[4] The Sun Entities are Sun Capital Partners, Inc., Sun Capital Securities Fund, LP, Sun Capital Securities Offshore Fund, Ltd., SCSF Mervyn's (US), LLC, SCSF Mervyn's (Offshore), Inc., and Sun Capital Securities Management, LLC.

captioned proceeding, by their attorneys will cause subpoenas to be served on the following entities, all non-parties to this proceeding:

| | |
|---|---|
| Combine International (Exhibit 1) | LT Apparel Group (Lolly Togs) (Exhibit 10) |
| Fashion Resource (TCL), Inc. (Exhibit 2) | New Balance Athletic Shoe, Inc. (Exhibit 11) |
| Gloria Vanderbilt Apparel Corp. (Exhibit 3) | Nike, Inc. (Exhibit 12) |
| The Haddad Apparel Group, LTD (Exhibit 4) | Phillips-Van Heusen Corp. (Exhibit 13) |
| Haggar Clothing Co. (Exhibit 5) | Skechers USA, Inc. (Exhibit 14) |
| Hanesbrands Inc. (Exhibit 6) | Sunham Home Fashions, LLC (Exhibit 15) |
| Heeling Sports Ltd. (Exhibits 7) | Supreme International, LLC (Exhibit 16) |
| Humphreys Accessories LLC (Exhibit 8) | VANS, Inc. (Exhibit 17) |
| Jockey Int'l Inc. (Exhibit 9) | William Carter Company (Exhibit 18) |

Copies of the subpoenas are attached as Exhibits 1 - 18, hereto, as indicated above. The subpoenas demand that on May 27, 2011, each recipient produce and permit inspection and copying of the documents listed in Exhibit A to each subpoena at the indicated place of production, or at such other location that may be mutually agreed. The production shall take place on the designated date, unless otherwise agreed.

Dated: May 2, 2010
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Robert J. Ward
David M. Hillman
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000

*Attorneys for the Cerberus Entities and the KLA Entities*

Thomas A. Clare, P.C.
Jonathan D. Brightbill
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Sun Capital Partners, Inc., SCSF Mervyn's (US), LLC, SCSF Mervyn's (Offshore), Inc., Sun Capital Securities Offshore Fund, Ltd., Sun Capital Securities Fund, LP, and Sun Capital Securities Management, LLC*

James C. McCarroll (JM 2758)
John L. Scott, Jr. (JS 5262)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Bart M. Schwartz, Receiver of Defendant Gabriel Capital L.P.*